UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN G. SIEGEL,<br><br>          Plaintiff,<br><br>     v.<br><br>JAMAL ANTHONY PRITCHETT,<br><br>          Defendant. | Case No. 16-cv-03998-JSW<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING ACTION TO STATE COURT**<br><br>Re: Dkt. No. 6 |

On July 14, 2016, Defendant Jamal Anthony Pritchett, proceeding pro se, filed a notice of removal. On July 19, 2016, Magistrate Judge Kandis A. Westmore filed an order for the case to be reassigned to a district judge with a Report and Recommendation that the case be remanded to Contra Costa County Superior Court. The case was thereafter reassigned to the undersigned. The Court has received no objections to the Report and Recommendation.

Having considered the Report and Recommendation, the relevant legal authority, and the record in this case, the Court finds the Report and Recommendation thorough, well-reasoned, and correct. The Court accordingly adopts the Report and Recommendation in every respect and REMANDS this case to Contra Costa County Superior Court. The Clerk shall transfer the file forthwith.

**IT IS SO ORDERED.**

Dated: August 9, 2016

JEFFREY S. WHITE
United States District Judge